In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-00446-CV


____________________



CATHERINE FEKETA DOOLITTLE, Appellant



V.



WILLIAM CARLOS DOOLITTLE, Appellee






On Appeal from the County Court at Law


Polk County, Texas


Trial Cause No. CIV 21,996






 MEMORANDUM OPINION


 The appellant, Catherine Feketa Doolittle, filed a motion to dismiss this appeal. The
motion is voluntarily made by the appellant prior to any decision of this Court. See Tex. R.
App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss
the appeal. 

 APPEAL DISMISSED.


 ______________________________

 HOLLIS HORTON

 Justice


Opinion Delivered January 15, 2009

Before Gaultney, Kreger, and Horton, JJ.